UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Beals,　　　　　　　　　　　　　　　　　Civ. No. 10-4984 (PAM/AJB)

　　　　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Eric Holder, U.S.
Attorney General,
　　　　　　　　Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Chief Magistrate Judge Arthur J. Boylan dated January 14, 2011. The Court must conduct a de novo review of all portions of a Magistrate Judge's R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. L. R. 72.2(b). No objections have been filed in the time period permitted. Thus, this Court **ADOPTS** the findings and conclusions in the R&R (Docket No. 5).

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff's application to proceed in forma pauperis (Docket No. 2) is **DENIED**; and

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B), this action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: Monday, January 31, 2011

　　　　　　　　　　　　　　　　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge